UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IDC FINANCIAL PUBLISHING, INC.,

      Plaintiff,

v.                             Case No. 15-cv-1085-pp

BONDDESK GROUP, LLC;
TRADEWEB MARKETS, LLC,
*d/b/a* TRADEWEB DIRECT;
FIDELITY GLOBAL BROKERAGE GROUP, INC.;
FIDELITY BROKERAGE SERVICES, LLC;
and NATIONAL FINANCIAL SERVICES, LLC,

      Defendants.

**ORDER APPROVING STIPULATION TO AMEND SCHEDULING ORDER (DKT. NO. 55), DISMISSING COUNT VI OF THE AMENDED COMPLAINT WITH PREJUDICE, AND DISMISSING FIDELITY GLOBAL BROKERAGE GROUP, INC. AS A PARTY**

On April 11, 2018, the parties filed a stipulation, indicating that they had agreed to amend the scheduling order. Dkt. No. 55. The stipulation also indicated that the parties jointly moved the court to dismiss Count VI of the amended complaint, and asked for permission to amend the amended complaint to remove Count VI. Id. at 3. Finally, the stipulation asked the court to dismiss Fidelity Global Brokerage Group, Inc. as a party.

The court **APPROVES** the parties' Stipulation to Amend Scheduling Order and Dismiss Certain Claims and Parties With Prejudice, dkt. no. 55, and **ORDERS**:

1. The parties shall complete all fact discovery by the end of the day on **April 20, 2018**. Remaining fact discovery shall be limited to the completion of previously-noticed depositions, as well as the resolution of any outstanding discovery issues already identified in writing between the parties prior to the date of the parties' stipulated motion.

2. The parties shall simultaneously disclose the identities of any expert witnesses, as well as reports containing the information required by Fed. R. Civ. P. 26(a)(2)(B) and supporting documentation, no later than the end of the day on **April 27, 2018**.

3. The parties shall disclose the identities of any rebuttal expert witnesses, as well as reports containing the information required by Fed. R. Civ. P. 26(a)(2)(B) and supporting documentation no later than the end of the day on **May 25, 2018**.

4. The parties shall serve any supplemental expert witness reports no later than the end of the day on June 15, 2018.

5. The parties shall complete all expert discovery no later than the end of the day on **June 29, 2018**.

6. Count VI of the Amended Complaint, entitled "Copyright Infringement by BondDesk and Fidelity Investments," is **DISMISSED WITH PREJUDICE**. The plaintiff shall file a second amended complaint, excluding Count VI, no later than the end of the day on **May 31, 2018**. All remaining counts in the Amended Complaint shall remain in full force and effect, *provided*

that the defendants shall not be required or permitted to further answer or otherwise respond to the Amended Complaint.

7.     Fidelity Global Brokerage Group, Inc. is **DISMISSED WITH PREJUDICE** as a defendant, *provided* that should a final judgment, if any, issue in IDC's favor, remaining Defendants Fidelity Brokerage Services LLC and National Financial Services LLC will not dispute that they are the proper defendants for satisfaction and enforcement of that judgment.

Dated in Milwaukee, Wisconsin this 14th day of May, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**