UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IDC FINANCIAL PUBLISHING, INC.,

        Plaintiff,

  v.

BONDDESK GROUP, LLC, TRADEWEB
MARKETS LLC D/B/A TRADEWEB
DIRECT, FIDELITY GLOBAL BROKERAGE
GROUP, INC., FIDELITY BROKERAGE
SERVICES LLC, and NATIONAL FINANCIAL
SERVICES LLC,

        Defendants.

Case No. 15-cv-1085-pp

---

**ORDER GRANTING DEFENDANT FIDELITY'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL (DKT. NO. 69)**

---

On August 20, 2018, defendants Fidelity Brokerage Services LLC and National Financial Services LLC ("Fidelity") filed this Motion for Leave to File Certain Documents Under Seal. Dkt. No. 69. The court **FINDS** that good cause exists to restrict the proposed documents to case participants and **GRANTS** the motion. The court **ORDERS** that the clerk's office shall restrict the following documents to case participants and the court:

1. Fidelity's Memorandum in Support of its Motion for Summary Judgment (Dkt. No. 72);

2. Fidelity's Statement of Proposed Material Facts (Dkt. No. 73); and

3. Exhibits 1-2 (Dkt. Nos. 73-1, 73-2), 5 (Dkt. No. 73-5), 7-8 (Dkt. Nos. 73-7, 73-8), 12-33 (Dkt. Nos. 73-13 through 73-33), 37-44 (Dkt. Nos. 73-37 through 73-44), 46-50 (Dkt. Nos. 73-46 through 73-50), 52-71 (Dkt. Nos. 73-52 through 73-71), and 73-78 (Dkt.

Nos. 73-73 through 73-78) to Fidelity's Statement of Proposed Material Facts.

Dated in Milwaukee, Wisconsin this 13th day of March, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**