UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IDC FINANCIAL PUBLISHING, INC.,

    Plaintiff,

v.

BONDDESK GROUP, LLC, *et al.*,

    Defendants.

Case No. 15-cv-1085-pp

---

**ORDER GRANTING MOTION TO FILE AS RESTRICTED (DKT. NO. 75)**

---

On August 20, 2018, the plaintiff filed this Motion to File as Restricted and Memorandum of Points and Authorities in Support Thereof. Dkt. No. 75. The court **FINDS** that good cause exits to restrict the proposed documents to case participants and **GRANTS** the motion. The court **ORDERS** that the clerk's office shall restrict the following documents to case participants and the court:

1. Portions of pages 5–7 and 14–17 of IDC's Memorandum of Law in Support of its Motion for Partial Summary Judgment (Dkt. No. 78);

2. Paragraphs 2, 3, 5, 14–26, 30–37, 40–45, and 53–61 of IDC's Statement of Proposed Material Facts (Dkt. No. 80); and

3. Exhibits A–F (Dkt. Nos. 81-1 through 81-6) and H–AG (Dkt. Nos. 81-8 through 81-33) attached to the Declaration of David Konkel.

Dated in Milwaukee, Wisconsin this 13th day March, 2019.

                          **BY THE COURT:**

                          **HON. PAMELA PEPPER**
                          **U.S. District Court Judge**