UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IDC FINANCIAL PUBLISHING, INC.,

    Plaintiff,

v.                                                        Case No. 15-cv-1085-pp

BONDDESK GROUP, LLC, TRADEWEB
MARKETS LLC D/B/A TRADEWEB
DIRECT, FIDELITY BROKERAGE
SERVICES LLC, and NATIONAL
FINANCIAL SERVICES LLC,,

    Defendants.

---

**ORDER GRANTING DEFENDANT BONDDESK GROUP'S MOTION
TO FILE UNDER SEAL (DKT. NO. 84)**

---

On August 20, 2018, defendant BondDesk Group filed this Motion to File Under Seal Certain Exhibits, Statement of Material Facts, and Memorandum of Law. Dkt. No. 84. The court **FINDS** that good cause exists to restrict the proposed documents to case participants and **GRANTS** the motion. The court **ORDERS** that the clerk's office shall restrict the following documents to case participants and the court:

(1)     BondDesk's Memorandum of Law in Support of its Motion to Strike the Johannes Damages Report and for Summary Judgment (Dkt. No. 86);

(2)     BondDesk's Statement of Proposed Material Facts in Support of its Motion to Strike the Johannes Damages Report and for Summary Judgment (Dkt. No. 88); and

1

(3) Exhibits A-C (Dkt. Nos. 92-1 through 92-3), G-O (Dkt. Nos. 92-7 through 92-15), Q-Z (Dkt. Nos. 92-17 through 92-26), AA-ZZ (Dkt. Nos. 92-27 through 92-52), AAA-MMM (Dkt. Nos. 92-52 through 92-65), OOO (Dkt. No. 92-68), RRR-UUU (Dkt. Nos. 92-72 through 92-75), WWW (Dkt. No. 72-77), and XXX (Dkt. No. 72-78) attached to the Declaration of Peter L. Simmons.

Dated in Milwaukee, Wisconsin this 13th day of March, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**