UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IDC FINANCIAL PUBLISHING, INC.,

        Plaintiff,

v.

Case No. 15-cv-1085-pp

BONDDESK GROUP, LLC, TRADEWEB
MARKETS LLC D/B/A TRADEWEB
DIRECT, FIDELITY GLOBAL BROKERAGE
GROUP, INC., FIDELITY BROKERAGE
SERVICES LLC, and NATIONAL FINANCIAL
SERVICES LLC,

        Defendants.

---

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL (DKT. NO. 93)**

---

On October 19, 2018, the defendants filed this Motion for Leave to File Certain Documents Under Seal. Dkt. No. 93. The court **FINDS** that good cause exists to restrict the proposed documents to case participants and **GRANTS** the motion. The court **ORDERS** that the clerk's office shall restrict the following documents to case participants and the court:

1. Defendants' Joint Brief in Opposition to IDC's Motion for Summary Judgment (Dkt. No. 95);

2. Defendants' Response to Plaintiff's Proposed Material Facts and Defendants' Statement of Additional Proposed Material Facts (Dkt. No. 98); and

3. Exhibits 1-7 (Dkt. Nos. 98-1 through 98-7), 9-18 (Dkt. Nos. 98-9 through 98-18), and 20-24 (Dkt. Nos. 98-20 through 98-24) to

Defendants' Response to Plaintiff's Proposed Material Facts and Defendants' Statement of Additional Proposed Material Facts.

Dated in Milwaukee, Wisconsin this 13th day of March, 2019.

BY THE COURT:

**HON. PAMELA PEPPER**
**United States District Judge**