UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IDC FINANCIAL PUBLISHING, INC.,

        Plaintiff,

Case No. 15-cv-1085-pp

v.

BONDDESK GROUP, LLC, *et al.*,

        Defendants.

---

### ORDER GRANTING MOTION TO FILE AS RESTRICTED (DKT. NO. 100)

---

On October 19, 2018, the plaintiff filed this Motion to File as Restricted ad Supporting Memorandum of Points and Authorities. Dkt. No. 100. The court **FINDS** that good cause exists to restrict the proposed documents to case participants and **GRANTS** the motion. The court **ORDERS** that the clerk's office shall restrict the following documents to case participants and the court:

1. IDC's Brief in Opposition to Defendant BondDesk's Motion to Strike the Johannes Damages Report and for Summary Judgment (Dkt. No. 102);

2. IDC's Response to Bond Desk's Statement of Undisputed Facts and Statement of Additional Facts Requiring Denial of BondDesk's Motion for Summary Judgment (Dkt. No. 104);

3. IDC's Response to Fidelity's Statement of Undisputed Facts and Statement of Additional Facts Requiring Denial of Fidelity's Motion for Summary Judgment (Dkt. No. 108);

4. IDC's Brief in Opposition to Fidelity's Motion for Summary Judgment (Dkt. No. 106); and

5. All the exhibits attached to the Declaration of David Konkel (Dkt. Nos. 109-1 through 109-25; 110-1 through 110-22; 111-1 through 111-24; Dkt. Nos. 112-1 through 112-25; Dkt. Nos. 113-1 through 113-23;

Dkt. Nos. 114-1 through 114-23; and Dkt. Nos. 115-1 through 115-16.

Dated in Milwaukee, Wisconsin this 13th day of March, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**