UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IDC FINANCIAL PUBLISHING, INC.,

        Plaintiff,

Case No. 15-cv-1085-PP

   v.

BONDDESK GROUP, LLC, et al.,

        Defendants.

---

## ORDER GRANTING MOTION TO FILE AS RESTRICTED (DKT. NO. 120)

---

On November 20, 2018, the plaintiff filed this Motion to File as Restricted and Supporting Memorandum of Points and Authorities. Dkt. No. 120. The court **FINDS** that good cause exists to restrict the proposed documents to case participants and **GRANTS** the motion. The court **ORDERS** that the clerk's office shall restrict the following documents to case participants and the court:

1. Reply Brief in Support of IDC's Motion for Partial Summary Judgment (Dkt. No. 121);

2. Plaintiff's Response to Defendants' Statement of Additional Proposed Material Facts (Dkt. No. 122);

3. Exhibits A and B to the Declaration of David Konkel (Dkt. Nos. 124-1 and 124-2).

Dated in Milwaukee, Wisconsin this 13th day of March, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**