UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IDC FINANCIAL PUBLISHING, INC.,

    Plaintiff,

v.                                            Case No. 15-cv-1085-pp

BONDDESK GROUP, LLC, TRADEWEB
MARKETS LLC D/B/A TRADEWEB DIRECT,
FIDELITY GLOBAL BROKERAGE GROUP,
INC., FIDELITY BROKERAGE SERVICES
LLC, and NATIONAL FINANCIAL SERVICES
LLC,

    Defendants.

**ORDER GRANTING FIDELITY'S MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 123)**

On November 20, 2018, defendants National Financial Services LLC and Fidelity Brokerage Services LLC (collectively Fidelity) filed this Motion for Leave to File Certain Documents Under Seal. Dkt. No. 123. The court **FINDS** that good cause exists to restrict the proposed documents to case participants and **GRANTS** the motion. The court **ORDERS** that the clerk's office shall restrict the following documents to case participants and the court:

1. Fidelity's Reply in Support of its Motion for Summary Judgment (Dkt. No. 125);

2. Fidelity's Response to Plaintiff IDC Financial Publishing, Inc.'s ("IDC") Statement of Additional Proposed Facts (Dkt. No. 128); and

3. Exhibits 3 and 4 to Fidelity's Response to IDC's Statement of Additional Proposed Facts (Dkt. Nos. 128-3 and 128-4).

Dated in Milwaukee, Wisconsin this 13th day of March, 2019.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **United States District Judge**