UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IDC FINANCIAL PUBLISHING, INC.,

        Plaintiff,

   v.                               Case No. 15-cv-1085-pp

BONDDESK GROUP, LLC, TRADEWEB
MARKES LLC D/B/A/ TRADEWEB
DIRECT, FIDELITY BROKERAGE
SERVICES LLC, and NATIONAL
FINANCIAL SERVICES LLC,

        Defendants.

---

## ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 130)

---

On November 20, 2018, defendants BondDesk Group LLC and Tradeweb Markets LLC (together BondDesk) filed this Motion to File Under Seal Certain Exhibits, Response to IDC's Statement of Additional Facts, and Reply Memorandum of Law. Dkt. No. 130. The court **FINDS** that good cause exists to restrict the proposed documents to case participants and **GRANTS** the motion. The court **ORDERS** that the clerk's office shall restrict the following documents to case participants and the court:

(1)    BondDesk's Reply Memorandum of Law in Support of its Motion to Strike the Johannes Damages Report and for Summary Judgment (Dkt. No. 131;

(2)    BondDesk's Response to IDC's Statement of Additional Facts Requiring Denial of BondDesk's Motion for Summary Judgment (Dkt. No. 134);

and

(3)     Exhibits B-C (Dkt. Nos. 136-1 through 136-3) and E-F (Dkt. Nos.
        136-7 through 136-8) attached to the Reply Declaration of Peter L.
        Simmons.

Dated in Milwaukee, Wisconsin this 13th day of March, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**