UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IDC FINANCIAL PUBLISHING, INC.,

    Plaintiff,

v.                                        Case No. 15-cv-1085-pp

BONDDESK GROUP, LLC, TRADEWEB
MARKETS LLC D/B/A TRADEWEB
DIRECT, FIDELITY GLOBAL BROKERAGE
GROUP, INC. FIDELITY BROKERAGE
SERVICES LLC, and NATIONAL FINANCIAL
SERVICES LLC,

    Defendants.

---

**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL
(DKT. NO. 137)**

---

On November 29, 2018, defendants National Financial Services LLC and Fidelity Brokerage Services LLC (collectively Fidelity) filed this Unopposed Motion to Restrict Certain Documents to Case Participants and the Court. Dkt. No. 137. The court **FINDS** that good cause exists to restrict the proposed documents to case participants and **GRANTS** the motion. The court **ORDERS** that the clerk's office shall restrict the documents filed at Dkt. Nos. 72, 74, 95, and 99 to case participants and the court. The court further **ORDERS** that Fidelity shall file corrected redacted versions of those documents.

Dated in Milwaukee, Wisconsin this 13th day of March, 2019.

                                        **BY THE COURT:**

                                        _____
                                        **HON. PAMELA PEPPER
                                        United States District Judge**